

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-09-00417-CV

PHILLIP THOMPSON                                                    APPELLANT

V.

JUDITH RODRIGUEZ                                                      APPELLEE

----------

### FROM THE 96TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Before the court is the parties' "Joint Motion to Remand Due to Settlement." The motion is granted. Accordingly, we withdraw our opinion and judgment of September 30, 2010; vacate the trial court's October 27, 2009 judgment without regard for the merits; and remand this case to the trial court for rendition of judgment in accordance with the parties' rule 11 agreement. *See*

----------

[1]*See* Tex. R. App. P. 47.4.

Tex. R. App. P. 42.1(a)(2)(B); Tex. R. Civ. P. 11.  Costs of this appeal shall be paid according to the parties' agreement.  *See generally* Tex. R. App. P. 42.1(d).


ANNE GARDNER
JUSTICE

PANEL:  GARDNER and MCCOY, JJ.; and DIXON W. HOLMAN (Senior Justice, Retired, Sitting by Assignment)

DELIVERED:  January 13, 2011